B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Eastern District of Virginia

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **Elevations Building Company, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all) **20-2973442** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **2735 Hartland Road, Falls Church, VA** ZIP Code **22043** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
| County of Residence or of the Principal Place of Business: **Fairfax** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): **4122 Nomis Dr., Fairfax, VA** ZIP Code **22032** | Mailing Address of Joint Debtor (if different from street address): ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) See Exhibit D on page 2 of this form.
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(04/13)                                                                                                                        Page 2

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Elevations Building Company, Inc.**

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X_____
    Signature of Attorney for Debtor(s)    (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) **Page 3**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Elevations Building Company, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Ronald J. Aiani, Esq.**
Signature of Attorney for Debtor(s)

**Ronald J. Aiani, Esq. (No. 32085)**
Printed Name of Attorney for Debtor(s)

**Ronald J. Aiani, P.C.**
Firm Name

**86 East Lee Street**
**Warrenton, VA 20186-3328**
Address

**(540) 347-5295**
Telephone Number

**June 21, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Gregory W. Hanson**
Signature of Authorized Individual

**Gregory W. Hanson**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**June 21, 2013**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

A-1 Cleaning Enterprises, LLC
47680 Sandbank Square
Sterling, VA 20165


A. Interior Systems, LLC
25 Turner Drive
Stafford, VA 22556


Adcock's Systems, LLC
11954 Motley Place
Waldorf, MD 20602


Appliance Distributors Unlimit
5194 Raynor Ave
Linthicum, MD 21090


Atlantic Builders Hardware
14248 Cherry Lane Court
Laurel, MD 20707-4945


Best Cabinets Company, Inc.
22500 Davis Drive
Unit 150
Sterling, VA 20164-4491


Bilmin Company, Inc.
7411 Lindbergh Drive
Suite A
Gaithersburg, MD 20879


BR General Contractors, Inc.
4107 Downing Street
Annandale, VA 22003


Brickwall Printing & Graphics,
14088-D Sullyfield Circle
Chantilly, VA 20151


Brien Miller Painting
450 Nelms Circle
Suite 103
Fredericksburg, VA 22406

```
Building Infrastructure Group,
14310 Sullyfield Circle
Suite 400
Chantilly, VA 20151


Burgess Cabling, Inc.
7103 Knotty Oak Lane
Manassas, VA 20112


Business Card
P.O. Box 15710
Wilmington, DE 19886-5710


Business Card
P.O.Box 15710
Wilmington, DE 19886-5710


Clevenger Corporation
10718 Tucker Street
Beltsville, MD 20705


Cobra Fire Protection
P.O.Box 340
Garrisonville, VA 22463


Contemporary Electrical Servic
1954 Isaac Newton Square West
Reston, VA 20190


Delta Painting & Wallcovering,
6594 Commerce Court
Warrenton, VA 20187


Flynn Architectural Finishes,
2317 Kansas Avenue
Silver Spring, MD 20910


Free Flow Mechanical
8552 Anniversary Circle
Gaithersburg, MD 20877


Freedom Floor Company
7943 Gainsford Court
Bristow, VA 20136
```

```
Glass & Aluminum Concepts, Inc
4844 Winchester Blvd
Suite 2
Frederick, MD 21703


Glazing Contractors, Inc.
8111-B Cessna Ave
Gaithersburg, MD 20879


Herson Glass Company
72 Florida Ave, N.E.
Washington, DC 20002


Hunt & Walsh, Inc.
7002 Wellington Road
Manassas, VA 20109


IDE Associates, LLC
4280 G Henninger Court
Chantilly, VA 20151


IE&J CMD, Inc.
7646 Fullerton Road Unit E
Springfield, VA 22153


Interior Building Systems Corp
8501 Buckeye Timber Drive
Manassas, VA 20109


J Core Drilling, Inc.
43021 Braddock Road
Centreville, VA 20120


Journeyman Mechancial Contract
2125 Baldwin Ave
Suite 19B
Crofton, MD 21114


K&B Plumbing & Heating, Inc.
7411 Lindbergh Drive
Suite A
Gaithersburg, MD 20879
```

Lourenco Consultants, Inc.
5171 MacArthur Blvd, N.W.
Suite 100
Washington, DC 20016


McClary Tile, Inc.
5918 Farrington Ave
Alexandria, VA 22304


Metro Demolition Services Corp
40983 Alysheba Drive
Leesburg, VA 20176


Mid Atlantic Floors, LLC
109 Executive Drive
Suite E
Sterling, VA 20166


National Deconstruction, Inc.
360A Christopher Ave
Gaithersburg, MD 20879


Precision Doors & Hardware, In
6295-80 Edsall Road
Alexandria, VA 22312


R.E. Newcomb Electric, Inc.
9247 Whiskey Bottom Road
Laurel, MD 20723


REW Group, Inc.
9105 Old Marlboro Pike
Upper Marlboro, MD 20772


Schindler Elevator Corporation
P.O. Box 93050
Chicago, IL 60673-3050


Sea Wallcoverings, Inc.
3709 Plyers Mill Road
Kensington, MD 20895


Smith Elliott Kearns & Co., LL
480 N. Potomac Street
Hagerstown, MD 21740

Sun Trust Bank  
ATTN: Consumer Loan Payments  
P.O. Box 791144  
Baltimore, MD 21279-1144  

T. Nash & Sons, LLC  
4309 Langdon Drive  
Mount Airy, MD 21771  

T.S.G. Construction, LLC  
5649-H General Washington Dr  
Suite 200  
Alexandria, VA 22312  

TCB, Inc.  
4425 Brookfield Corporate Dr  
Suite 500  
Chantilly, VA 20151  

The Home Depot  
P.O. Box 103047  
Roswell, GA 30076  

The Home Depot  
Attn: Financial Operations  
2455 Pace Ferry Road  
Atlanta, GA 30339  

The Pole Brothers Imaging Co,  
1217 Senseny Road  
Winchester, VA 22602  

Treasurer of Virginia  
State Corp. Com. Clerk's Offic  
P.O. Box 7607  
Merrifield, VA 22116-7607  

VC Contractors, Inc.  
8102 Adair Lane  
Springfield, VA 22151  

Waterworks Plumbing  
16021 Industrial Drive  
Unit 12  
Gaithersburg, MD 20877

```
White Oak Glass
7826 White Oak Farm Lane
Catlett, VA 20119
```

# United States Bankruptcy Court
### Eastern District of Virginia

In re   Elevations Building Company, Inc.

Debtor(s)

Case No.

Chapter   7

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Elevations Building Company, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

June 21, 2013

Date

/s/ Ronald J. Aiani, Esq.

Ronald J. Aiani, Esq.

Signature of Attorney or Litigant

Counsel for   Elevations Building Company, Inc.

Ronald J. Aiani, P.C.
86 East Lee Street
Warrenton, VA 20186-3328
(540) 347-5295