# Exhibit J

# Summary of Legal Invoices and Legal Fees by Task/Category

**Elevations Building Company, Inc.**
**Summary of JBG/RIC, LLC Legal fees by invoice (2693/4542)**

| Date | Time period | Invoice # | Fees | Costs | Total | |
|---|---|---|---|---|---|---|
| 08/13/2013 | July 2013 | 166023 | $ 13,162.50 | $ 140.05 | $ 13,302.55 | |
| 09/06/2013 | Aug. 2013 | 166419 | $ 11,190.50 | $ 584.29 | $ 11,774.79 | |
| 10/15/2013 | Aug-Sept. 2013 | 167103 | $ 1,653.00 | $    - | $ 1,653.00 | |
| 11/07/2013 | Oct. 2013 | 167230 | $ 4,912.50 | $    - | $ 4,912.50 | |
| 12/02/2013 | Nov. 2013 | 167933 | $ 6,037.50 | $    - | $ 6,037.50 | |
| n/a | Dec. 2013 | n/a | $ 1,837.50 | $    - | $ 1,837.50 | * |
| | | | $ 38,793.50 | $ 724.34 | $ 39,517.84 | |

* The Jan 2014 Invoice for Dec. 2013 time has not yet been assigned an invoice number.

2693/4542/481199/1

**Legal Fee Summary By Task/Category**

| Category | | Hours | Rate | Amount |
|---|---|---|---|---|
| **Category 1 :** | | | | |
| **Case Administration/Background** | | | | |
| Review Background Materials, General Contract, Task Orders Chage Ordes, Certificates of Payment, and correspondence; phone calls and email communications with the client; review the online docket and petition and schedules; review proofs of claim; monitor ECF filings in the case. | JDS | 14.60 | $ 375.00 | $ 5,475.00 |
| **Category 2:** | | | | |
| **Litigation of Subcontractor Lien Claims** | | | | |
| Review subcontractor Lien notices and filings; prepare petitions to off liens and proposed orders; communications with the lien claimants, the client, and subcontractors' lawyers; nefgotiaiotn of consent orders; expedited filing of petitions to comply with loan documents; travel to Fairfax County Court for representation at multiple hearings held on the bond petitions. | | | | |
| Subcategory 2-A REW Group Liens and Petition to Bond off Liens | JDS | 10.75 | $ 375.00 | $ 4,031.25 |
| Subcategory 2-B Precision Doors Liens and Petition to Bond off Liens | JDS | 10.85 | $ 375.00 | $ 4,068.75 |
| Subcategory 2-C: A. Interiors Liens and Petition to Bond off Liens | JDS | 5.40 | $ 375.00 | $ 2,025.00 |
| | GLB | 7.50 | $ 255.00 | $ 1,912.50 |
| Subcategory 2-D Advantage Flooring Lien and Petition to Bond off Lien | JDS | 8.60 | $ 375.00 | $ 3,225.00 |
| | GLB | 4.70 | $ 255.00 | $ 1,198.50 |
| | BGB | 0.7 | $ 185.00 | $ 129.50 |
| **Category 3:** | | | | |
| **Meeting of Creditors** | | | | |
| Prepare for and attend meeting of creditors; follow-up communications with the Trustee and the Debtor. | JDS | 5.00 | $ 375.00 | $ 1,875.00 |
| **Category 4:** | | | | |
| **Asset Disposition, Adequate Protection & Reconstruction Accounting** | | | | |
| Prepare letter to the subcontractors; emails and phone calls with the Trustee and its counsel regarding the letter; prepare Motion to Authorize Payment and for Adequate Proteciton and related Exhibits; communications with the Chapter 7 Trustee, subcontractors, and the client; revisions to same; multiple emails to subcontractor's lawyers, the Trustee and the debtor; review backup from multiple subcontractors; prepare proposed payout formula and related calculations; reconstruct the Debtor's CoP to allocate by subcontractor; multiple conference calls with the client to review the Motion and related calculations; multiple revisions to the Motion and related exhibits. | JDS | 29.00 | $ 375.00 | $ 10,875.00 |
| | GLB | 0.60 | $ 255.00 | $ 153.00 |
| **Category 5:** | | | | |
| General advice on the bankruptcy case and replacement work; prepare status reports; preparation of JBG/RIC LLC Proof of Claim and exhibits. | JDS | 10.20 | $ 375.00 | $ 3,825.00 |
| | | | | $ 38,793.50 |
| Summary by Person | JDS | 94.40 | $ 375.00 | $ 35,400.00 |
| | GLB | 12.80 | $ 255.00 | $ 3,264.00 |
| | BGB | 0.7 | $ 185.00 | $ 129.50 |
| | | | | $ 38,793.50 |

**Legal Fee Breakdown by Category (James D. Sadowski - Partner & Lead Counsel)**

Invoice 166023

| Date | Cat 1 | Cat 2A | Cat 2B | Cat 2C | Cat 2D | Cat 3 | Cat 4 | Cat 5 | Totals |
|---|---|---|---|---|---|---|---|---|---|
| 7/9/2013 | 3.50 | | | | | | | | 3.50 |
| 7/10/2013 | 2.20 | | | | | | | | 2.20 |
| 7/11/2013 | | 1.75 | 1.75 | | | | | | 3.50 |
| 7/15/2013 | 0.70 | | | | 0.90 | | | | 1.60 |
| 7/17/2013 | | 0.40 | 0.40 | | | | | 0.40 | 1.20 |
| 7/18/2013 | | 0.90 | 0.90 | | 0.50 | | | | 2.30 |
| 7/19/2013 | | 2.55 | 2.55 | | | | | | 5.10 |
| 7/22/2013 | 0.20 | 0.45 | 0.45 | | | | | | 1.10 |
| 7/23/2013 | 0.20 | 0.25 | 0.25 | | | | | | 0.70 |
| 7/24/2013 | | 1.05 | 1.05 | | | | | | 2.10 |
| 7/25/2013 | | 0.75 | 0.75 | | | | | | 1.50 |
| 7/26/2013 | 0.10 | 1.85 | 1.85 | | | | | | 3.80 |
| 7/29/2013 | | 0.10 | 0.10 | | | | | 1.10 | 1.30 |
| 7/30/2013 | | 0.10 | 0.10 | | | 1.20 | | 0.70 | 2.10 |
| 7/31/2013 | | | | | | 3.10 | | | 3.10 |
| | 6.90 | 10.15 | 10.15 | 0.00 | 1.40 | 4.30 | 0.00 | 2.20 | 35.10 |

Invoice 166419

| Date | Cat 1 | Cat 2A | Cat 2B | Cat 2C | Cat 2D | Cat 3 | Cat 4 | Cat 5 | Totals |
|---|---|---|---|---|---|---|---|---|---|
| 8/1/2013 | 0.20 | | | 1.40 | | 0.70 | 0.30 | 0.90 | 3.50 |
| 8/12/2013 | 0.10 | | | | | | 0.50 | | 0.60 |
| 8/13/2013 | 0.50 | | | 0.20 | | | 1.40 | 0.50 | 2.60 |
| 8/14/2013 | 0.20 | | | | | | | | 0.20 |
| 8/15/2013 | 0.40 | | | 0.50 | | | 0.40 | | 1.30 |
| 8/16/2013 | | | | 2.50 | | | | | 2.50 |
| 8/21/2013 | | | | | | | 0.10 | | 0.10 |
| 8/22/2013 | 0.10 | | | | 1.90 | | 0.50 | | 2.50 |
| 8/23/2013 | 0.20 | | | | 3.00 | | 0.60 | 0.70 | 4.50 |
| 8/26/2013 | | | | | | | 0.60 | | 0.60 |
| 8/27/2013 | | | | | | | 0.30 | | 0.30 |
| 8/29/2013 | | | | 0.50 | 1.60 | | 0.40 | | 2.50 |
| | 1.70 | 0.00 | 0.00 | 5.10 | 6.50 | 0.70 | 5.10 | 2.10 | 21.20 |

Invoice 167103

| Date | Cat 1 | Cat 2A | Cat 2B | Cat 2C | Cat 2D | Cat 3 | Cat 4 | Cat 5 | Totals |
|---|---|---|---|---|---|---|---|---|---|
| 8/9/2013 | | | | | 0.30 | | | | 0.30 |
| 9/3/2013 | | | | 0.10 | | | 0.20 | | 0.30 |
| 9/4/2013 | | | 0.10 | | | | 0.20 | | 0.30 |
| 9/6/2013 | | | | | | | 0.30 | | 0.30 |
| 9/11/2013 | | | | | | | 0.30 | | 0.30 |
| 9/12/2013 | 0.20 | | | | | | | | 0.20 |
| 9/13/2013 | 0.30 | | | | | | | | 0.30 |
| 9/18/2013 | | | | | | | 0.50 | | 0.50 |
| 9/19/2013 | 0.50 | | | | | | | | 0.50 |
| 9/20/2013 | | | | | | | | 0.60 | 0.60 |
| 9/26/2013 | 0.20 | | | | | | | | 0.20 |
| 9/27/2013 | 0.20 | | | | | | | | 0.20 |
| | 1.40 | 0.00 | 0.10 | 0.10 | 0.30 | 0.00 | 1.50 | 0.60 | 4.00 |

Invoice 167320

| Date | Cat 1 | Cat 2A | Cat 2B | Cat 2C | Cat 2D | Cat 3 | Cat 4 | Cat 5 | Totals |
|---|---|---|---|---|---|---|---|---|---|
| 10/3/2013 | | | | | | | 1.20 | | 1.20 |
| 10/4/2013 | | | | | | | | 0.20 | 0.20 |
| 10/8/2013 | 0.20 | | | | | | | | 0.20 |
| 10/9/2013 | | | | | | | | 0.50 | 0.50 |
| 10/11/2013 | 0.30 | | | | | | | | 0.30 |
| 10/15/2013 | 0.20 | | | | | | 1.50 | | 1.70 |
| 10/16/2013 | 0.60 | | | | | | 0.70 | | 1.30 |
| 10/17/2013 | | | | | | | 2.50 | | 2.50 |
| 10/18/2013 | | | | | | | 1.90 | | 1.90 |
| 10/21/2013 | 0.30 | | | | | | 0.20 | | 0.50 |
| 10/22/2013 | 0.50 | | | | | | 0.70 | | 1.20 |
| 10/24/2013 | 0.20 | | | | | | 0.30 | | 0.50 |
| 10/25/2013 | 0.20 | | | | | | | | 0.20 |
| 10/28/2013 | | | | | | | 0.30 | | 0.30 |
| 10/29/2013 | 0.10 | | | | | | 0.50 | | 0.60 |
| | 2.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9.80 | 0.70 | 13.10 |

Invoice 167940

| Date | Cat 1 | Cat 2A | Cat 2B | Cat 2C | Cat 2D | Cat 3 | Cat 4 | Cat 5 | Totals |
|---|---|---|---|---|---|---|---|---|---|
| 11/1/2013 | 0.30 | | | | | | 1.90 | 0.30 | 2.50 |
| 11/4/2013 | 0.60 | | | | | | 0.40 | 3.50 | 4.50 |
| 11/6/2013 | 0.10 | | | | | | 0.70 | 0.30 | 1.10 |
| 11/7/2013 | | | | | | | 0.50 | 0.30 | 0.80 |
| 11/12/2013 | 0.20 | | | | | | | | 0.20 |
| 11/14/2013 | 0.30 | | | | | | 3.10 | | 3.40 |
| 11/15/2013 | 0.30 | | | | | | 1.10 | | 1.40 |
| 11/18/2013 | | 0.1 | 0.1 | | | | | | 0.20 |
| 11/19/2013 | | | | 0.2 | | | | | 0.20 |
| 11/21/2013 | | 0.5 | 0.5 | | | | | | 1.00 |
| 11/22/2013 | | | | | | | 0.2 | | 0.20 |
| 11/26/2013 | 0.2 | | | | | | 0.4 | | 0.60 |
| | 2.00 | 0.60 | 0.60 | 0.20 | 0.00 | 0.00 | 8.30 | 4.40 | 16.10 |

Invoice No. for Dec. 2013 Not yet available

| Date | Cat 1 | Cat 2A | Cat 2B | Cat 2C | Cat 2D | Cat 3 | Cat 4 | Cat 5 | Totals |
|---|---|---|---|---|---|---|---|---|---|
| 12/3/2013 | | | | | | | 0.10 | | 0.10 |
| 12/12/2013 | | | | | | | 0.30 | | 0.30 |
| 12/13/2013 | | | | | | | 0.30 | | 0.30 |
| 12/16/2013 | | | | | | | 0.20 | | 0.20 |
| 12/19/2013 | | | | | | | 0.60 | 0.20 | 0.80 |
| 12/23/2013 | | | | | 0.40 | | 0.80 | | 1.20 |
| 12/24/2013 | | | | | | | 0.40 | | 0.40 |
| 12/27/2013 | | | | | | | 1.20 | | 1.20 |
| 12/30/2013 | | | | | | | 0.40 | | 0.40 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.40 | 0.00 | 4.30 | 0.20 | 4.90 |
| | 14.60 | 10.75 | 10.85 | 5.40 | 8.60 | 5.00 | 29.00 | 10.20 | 94.40 |

**Legal Fee Breakdown by Category (Gwynne L. Boothe - Associate)**

Invoice 166419

| Date | Cat 1 | Cat 2A | Cat 2B | Cat 2C | Cat 2D | Cat 3 | Cat 4 | Cat 5 | Totals |
|---|---|---|---|---|---|---|---|---|---|
| 8/8/2013 | | | | 1.10 | | | | | 1.10 |
| 8/9/2013 | | | | 3.10 | | | | | 3.10 |
| 8/12/2013 | | | | 3.30 | | | | | 3.30 |
| 8/29/2013 | | | | | 0.40 | | | | 0.40 |
| 8/30/2013 | | | | | 4.30 | | | | 4.30 |
| | 0.00 | 0.00 | 0.00 | 7.50 | 4.70 | 0.00 | 0.00 | 0.00 | 12.20 |

Invoice 167103

| Date | Cat 1 | Cat 2A | Cat 2B | Cat 2C | Cat 2D | Cat 3 | Cat 4 | Cat 5 | Totals |
|---|---|---|---|---|---|---|---|---|---|
| 8/1/2013 | | | | | | | 0.60 | | 0.60 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.60 | 0.00 | 0.60 |

| GLB Totals | 0.00 | 0.00 | 0.00 | 7.50 | 4.70 | 0.00 | 0.60 | 0.00 | 12.80 |
|---|---|---|---|---|---|---|---|---|---|

**Legal Fee Breakdown by Category (Barbara G. Batte - legal assistant)**

Invoice 167103

| Date | Cat 1 | Cat 2A | Cat 2B | Cat 2C | Cat 2D | Cat 3 | Cat 4 | Cat 5 | Totals |
|---|---|---|---|---|---|---|---|---|---|
| 8/23/2013 | | | | | 0.70 | | | | 0.70 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.70 | 0.00 | 0.00 | 0.00 | 0.70 |

Case 13-12916-BFK    Doc 56-13    Filed 01/24/14    Entered 01/24/14 15:54:54    Desc
Exhibit(s) J - Legal Fee Summary by Invoice Categrory & Task    Page 6 of 7

**Costs Breakdown**

2693-4542

| Date | Time period | Invoice # | Fees | Costs | Total |
|---|---|---|---|---|---|
| 08/13/2013 | July 2013 | 166023 | $ 13,162.50 | $ 140.05 | $13,302.55 |
| 09/06/2013 | Aug. 2013 | 166419 | $ 11,190.50 | $ 584.29 | $11,774.79 |

Invoice 166023 Costs breakdown

| Date | Description | Amount |
|---|---|---|
| 7/18/2013 | Mileage reimbursement (DC to Fairfax) | $ 11.00 |
| 7/19/2013 | Photocopies (216 @ $.22) | $ 47.52 |
| 7/19/2013 | Facsimiles - lien bond petitions | $ 18.50 |
| 7/19/2013 | Postage | $ 25.88 |
| 7/26/2013 | Mileage reimbursement (DC to Fairfax round trip) | $ 20.35 |
| 7/26/2013 | Parking at court | $ 4.00 |
| 7/31/2013 | Mileage reimbursement (DC to Alexandria - round trip) | $ 8.80 |
| 7/31/2013 | Parking for meeting of creditors | $ 4.00 |
| | | $ 140.05 |

Invoice 166419 Costs breakdown

| Date | Description | Amount |
|---|---|---|
| 8/9/2013 | Fairfax County Circuit Court filing fee (Check No. 70960) | $ 86.00 |
| 8/9/2013 | Photocopies (48 pages @ $.22) | $ 10.56 |
| 8/9/2013 | Photocopies (60 pages @ $.22) | $ 13.20 |
| 8/9/2013 | Photocopies (37 pages @ $.22) | $ 8.14 |
| 8/9/2013 | Messenger (commercial) | $ 85.17 |
| 8/9/2013 | Postage | $ 20.84 |
| 8/9/2013 | Facsimile (bond petition to opposing counsel) | $ 6.50 |
| 8/14/2013 | PACER fees | $ 7.37 |
| 8/15/2013 | PACER fees | $ 1.83 |
| 8/16/2013 | Mileage reimbursement (DC to Fairfax) | $ 11.00 |
| 8/16/2013 | Parking at court | $ 4.00 |
| 8/23/2013 | Fairfax County Circuit Court filing fee (Check No. 71015) | $ 86.00 |
| 8/23/2013 | Photocopies (3 @ $.22) | $ 0.66 |
| 8/23/2013 | Photocopies (1 @ $.22) | $ 0.22 |
| 8/23/2013 | Messenger (commercial) | $ 51.59 |
| 8/23/2013 | Messenger (commercial) | $ 42.59 |
| 8/23/2013 | Postage (certified mail letter to subcontractors) | $ 118.62 |
| 8/29/2013 | HiTech Title Solutions, Inc. (Mechanic's Lien report) | $ 30.00 |
| | | $ 584.29 |