# Exhibit K

# Legal Invoices

# GREENSTEIN DELORME & LUCHS, P.C.
1620 L Street, N.W., Suite 900
Washington, D.C. 20036-5605

Telephone (202) 452-1400
Facsimile (202) 452-1410

August 13, 2013

The JBG Companies
BB# 01-1280-26102
P.O. Box 7545
Hicksville, New York 11802-7545

Invoice No. 166023

2693/4542

For professional services rendered during June and July 2013
in connection with Mechanic's Lien an bankruptcy of Elevation
Building Company, Inc. regarding space in the building located
at 11800 Sunrise Valley Drive, Reston, Virginia which is
leased by Unaissant, including:

| Date | Atty | Hours | Description of Services |
|------|------|-------|-------------------------|
| 07/09/13 | JDS | 3.5 | Review of multiple notes from client and internal notes regarding threat of mechanic's lien filed by subcontractor of Elevation Building Company, Inc. ("EBC") for common area lobby improvements and improvements on the tenth floor of building (.4) and related attachments (multiple subcontractor emails, invoices, Applications and Certificates of Payment, lien waiver forms, change orders, and contract General Terms and Conditions) (1.2); telephone conference with Ms. Leslie Pfisterer regarding ██████████████ (.3); review of correspondence from Ms. Pfisterer and accompanying Deed of Lease and First Amendment (.5); legal research regarding status of the EBC bankruptcy case (.3); telephone conference with Ms. Pfisterer regarding ████████████ ████████████ (.3); review of correspondence from Ms. Pfisterer and accompanying list of uncompleted Punch List work (.2); and preparation of follow-up |

484153v1

The JBG Companies
Page 2

correspondence to client regarding same and next steps (.3).

07/10/13  JDS  2.2  Legal research regarding whether filing of a mechanic's lien would violate automatic stay (.3); legal research regarding status of bankruptcy case filed by EBC (.7); review of docket sheet, petition, schedules and notices that have been filed to date in case (.5); preparation of multiple notes to Ms. Pfisterer regarding ███ (.3); preparation of Notice of Appearance and Request for Service; and review and revision of same (.4).

07/11/13  JDS  3.5  Review of correspondence from Ms. Pfisterer and accompanying loan document requirement to remove a mechanic's lien within twenty days (.2); review of correspondence from Margaret Klarman, Esq. regarding ██████████ ██████████ (.1); legal research regarding same (.9); preparation of reply summarizing steps to remove lien (.4); review of correspondence from Ms. Christy Diller and accompanying ████████ (.2); review of reply correspondence from Mr. House (.1); commence preparation of form petition to bond off subcontractor lien (.9); telephone conference with Ms. Klarman regarding ███ (.3); preparation of follow-up correspondence to Mr. Steve Bonacci regarding ██████████ (.2); and preparation of correspondence to Ms. Sissman requesting consent to bond off the lien (.2).

07/15/13  JDS  1.6  Telephone conference with Ms. Pfisterer regarding call from Mr. Billy Saul of Advanced Flooring (.3); telephone conference with Mr. Saul (voicemail) (.1); review and revision of Notice of Appearance (.2); legal research regarding same (.2); file Notice of Appearance on Court's CM/ECF system (.3); telephone conference with Mr. Saul regarding status of matter and request to send invoices for work performed (.3); and review of correspondence

484153v1

The JBG Companies
Page 3

<table>
<tr><td></td><td></td><td></td><td>from Mr. Saul and accompanying invoice for flooring work to EBC (.2).</td></tr>
<tr><td>07/17/13</td><td>JDS</td><td>1.2</td><td>Preparation of correspondence to client with a status report (.4); review of correspondence from Ms. Pfisterer regarding ████ ████████ (.2); telephone conference with Ms. Pfisterer regarding ██ (.3); preparation of correspondence to Ms. Sissman requesting lienor's position on amount of bonds (.2); and review of reply and forward same to Ms. Pfisterer (.1).</td></tr>
<tr><td>07/18/13</td><td>JDS</td><td>2.3</td><td>Review of multiple correspondence from Ms. Pfisterer ████████████ ████████████ (.3); preparation of reply (.2); review and revision of Petition to Bond off Mechanic's Lien (.6); legal research regarding corporate status of Owner and Lien Claimant (.3); preparation of correspondence to Ms. Sissman transmitting draft Application for review and comments (.2); preparation of correspondence to client ████████ (.3); and review and reply to multiple correspondence from Ms. Sissman regarding draft petition (.4).</td></tr>
<tr><td>07/19/13</td><td>JDS</td><td>5.1</td><td>Preparation of second bond petition (1.3); review and revise same (.5); review and reply to multiple correspondence from Ms. Sissman regarding as-filed copies of two liens (.3); preparation of exhibits to Petitions (.9); preparation of two praecipe hearing notice forms (.3); review and revise same; telephone conference with Clerk's office regarding hearing date and time (.2); travel to Fairfax County Circuit Court to hand file Petitions and hearing praecipes (1.5); and telephone conference with Ms. Pfisterer regarding ███ (.1).</td></tr>
<tr><td>07/22/13</td><td>JDS</td><td>1.1</td><td>Conference call with Ms. Carter and Mr. Bonacci ██████████████████████████ ████████████████    ████████████</td></tr>
</table>

The JBG Companies
Page 4

        ██████████ ███████████ (.5); telephone
conference with Mr. House (voicemail)
regarding same (.1); telephone conference with
Mr. House regarding ████████████████████
████████████████ (.3); and review of CM/ECF
notice from U.S. Bankruptcy Court for the
Eastern District of Virginia and accompanying
Trustee's Application to employ Gregory H.
Counts and the law firm of Tyler, Bartl,
Ramsdell & Counts, PLC as Counsel filed by the
Chapter 7 Trustee (.2).

| 07/23/13 | JDS | 0.7 | Review of CM/ECF notice from the Court and accompanying Order designating and authorizing Gregory Counts and law firm of Tyler Bartl, Ransdell & Counts to perform legal services on behalf of the Chapter 7 Trustee (.2); preparation of correspondence to Ms. Pfisterer ██████████████████████████████ (.3); and preparation of correspondence to Ms. Sissman transmitting the approved ECB applications for Payment (.2). |

| 07/24/13 | JDS | 2.1 | Preparation of consent order granting Petition to Bond off Precision Doors Mechanic's Liens (.6); legal research regarding Virginia Code Section 43.70-71 (.5); review and revision of order (.3); preparation of correspondence to Ms. Sissman transmitting draft Consent Order for review (.2); preparation of follow-up correspondence to Ms. Sissman regarding same (.1); review of reply from Ms. Sissman suggesting changes to order with respect to payment by check (.1); preparation of correspondence to Ms. Pfisterer regarding ████ (.1); and review and reply to multiple correspondence from Ms. Pfisterer regarding ████ (.2). |

| 07/25/13 | JDS | 1.5 | Preparation of second consent order for REW Group lien (.3); review and revision of same (.2); preparation of correspondence to Ms. Sissman transmitting draft consent orders for |

The JBG Companies
Page 5

review, comment and approval (.2); review of
correspondence from Ms. Sissman with question
about payment by check language (.1);
telephone conference with Ms. Sissman
regarding same (.2); review of overnight
package from client and accompanying checks
for lien bonds (.1); preparation of
correspondence to Ms. Pfisterer regarding █
(.1); review of correspondence from Ms.
Sissman and accompanying signed consent orders
(.1); and preparation for mechanic's lien bond
hearing (.2).

07/26/13   JDS   3.8   Review of CM/ECF notice regarding certificate
of mailing of Order on Application to Employ
(.1); representation at Fairfax County Circuit
Court hearing on Petitions to bond off
mechanic's liens (2.8); conference with
Clerk's office to obtain copies of signed
orders and to tender bond checks (.4);
telephone conference with Mr. Pfisterer
regarding results obtained at hearing (.2);
and preparation of correspondence to client
██████████████████████████████████████████
(.3).

07/29/13   JDS   1.3   Review of correspondence from Ms. Pfisterer
███████████████████████████████████████████
███████████████████ (.2); review of
correspondence from Ms. Pfisterer and
accompanying ████████████████████
████████████ (.4); review of correspondence from
Ms. Pfisterer and accompanying ██████████
████████████████████████████████████ (.2);
preparation of correspondence to Ms. Sissman
transmitting a copy of signed consent orders
(.2); and preparation of correspondence to Ms.
Pfisterer regarding ████████████████████
████████████████ (.3).

07/30/13   JDS   2.1   Review of correspondence from Ms. Sissman
regarding Section 341 meeting of creditors
(.1); preparation of reply (.1); review of
correspondence from Ms. Sissman and

The JBG Companies
Page 6

                             accompanying partial release of lien from REW
                             Group (.2); finish review of replacement
                             contract documents (.3); telephone conference
with Ms. Pfisterer regarding ████   ████████
(.1); telephone conference with Ms. Pfisterer
regarding ████ ████████████████████████████████
████████████  ████████████████████████████████
(.3); and preparation of list of questions for
the meeting of creditors (1.0).

07/31/13   JDS   3.1   Representation at US Trustee's office in
                             Alexandria for Section 341 meeting of
                             creditors (2.9); preparation of correspondence
                             to Ms. Sissman regarding same (.2).

Subtotal for professional services ..................... $13,162.50

Disbursements for photocopying, facsimile, special
Postage and local transportation ....................... 140.05

       TOTAL AMOUNT DUE ........................... $13,302.55

## SUMMARY BY ATTORNEY

| Attorney | Hours Worked | Hourly Rate |
|---|---|---|
| JDS   James D. Sadowski | 35.1 | $375.00 |

# GREENSTEIN DELORME & LUCHS, P.C.

1620 L Street, N.W., Suite 900
Washington, D.C. 20036-5605

Telephone (202) 452-1400
Facsimile (202) 452-1410

September 6, 2013

The JBG Companies
BB# 01-1280-26102
P.O. Box 7545
Hicksville, New York 11802-7545

Invoice No. 166419

2693/4542

For professional services rendered during August 2013 in
connection with Mechanic's Lien an bankruptcy of Elevation
Building Company, Inc. regarding space in the building located
at 11800 Sunrise Valley Drive, Reston, Virginia which is
leased by Unaissant, including:

| Date | Atty | Hours | Description of Services |
|------|------|-------|-------------------------|
| 08/01/13 | JDS | 3.5 | Review of correspondence from Ms. Lindsey Pfisterer regarding █████████ (.2); telephone conference with Ms. Pfisterer regarding ███ (.2); review of correspondence from U.S. Bankruptcy Court and accompanying request by Chapter 7 Trustee for Clerk to send an asset notice to all creditors and parties in interest stating there may be assets available for distribution and requiring Proof of Claims be filed and withdrawing Report of No Distribution; calendar the relevant deadlines (.2); preparation of correspondence to client ███████████████ (.6); telephone conference with Richard Wise, Esq. regarding ███████████ (.5); review of correspondence from Margaret Klarman, Esq. regarding ███████████ (.6); preparation of reply (.3); telephone conference with Ms. Kinette Kindred, Chapter 7 Trustee (voicemail) regarding follow-up from EBC meeting of creditors (.1); prepare follow-up email |

484153v1

The JBG Companies
Page 8

correspondence to Ms. Kindred with summary of
the status of the liens and requesting a phone
call to discuss ways to minimize the damages
(.3); review of correspondence from Ms.
Pfisterer transmitting copy of additional
documents related to mechanic's lien filed by
A. Interior Systems, LLC (.3); conference
regarding preparation of petition to bond off
lien (.2).

08/08/13   GLB    1.1   Telephone conference with Pamela Miller,
Esq.'s secretary regarding family emergency,
attorney not reachable (.1); preparation of
note regarding family emergency making consent
difficult (.1); telephone conference regarding
filing of Petition to Bond Mechanic's Lien
(.2); preparation of Petition to Bond
Mechanic's Lien (.5); telephone conference
with Ms. Miller regarding more information
needed prior to consenting to relief (.1); and
preparation of note regarding request for
additional information regarding bond consent
(.1).

08/09/13   GLB    3.1   Telephone conference regarding filing of
Petition to Bond Lien with or without Consent
(.1); review of documents showing amount still
available to pay subcontractors (.2);
preparation of correspondence to opposing
counsel conveying amounts outstanding to be
paid to subcontractors and plans for filing
uncontested motion to bond lien (.2);
telephone conference regarding filing Motion
to Bond even though opposing counsel has not
responded (.2); revision of Motion to Bond
without opposing counsel Consent, as we did
not hear back (.4); preparation of Civil
Action Sheet (.2); revision of Hearing
Praecipe to show contested (.2); preparation
of instructions for filing (.3); review of
correspondence from opposing counsel regarding
consent to motion (.1); preparation of
correspondence to opposing counsel regarding
confirmation that motion will be changed to
consent (.1); final preparation of consent
Motion to Bond (.7); telephone conference with
Fairfax County Clerk  regarding Notice of
Hearing (.2); and preparation of
correspondence to opposing counsel and

484153v1

The JBG Companies
Page 9

|            |     |     | bankruptcy trustee transmitting Motion to Bond Lien (.2). |
|------------|-----|-----|-----------------------------------------------------------|

08/12/13   GLB   3.3   Travel to Fairfax County Circuit Court to file Notice of Hearing and petition (2.5); conference with Civil Intake Clerk (.2); conference with Existing Cases Clerk (.1); conference with Hearings Clerk (.1); conference regarding status of case (.2); review of correspondence from Ms. Miller regarding being out of town for hearing and needing Consent Order (.1); preparation of correspondence to Ms. Miller that Consent Order will be forwarded to her (.1).

08/12/13   JDS   0,6   Review of correspondence from Ms. Judy Carter regarding ████████████████████████████ (.1); review of CM/ECF Notice from US bankruptcy court and accompanying Notice of Appearance filed by Lawrence S. Jacobs, Esq. on behalf of K&B Plumbing & Heating, Inc. (.1); telephone conference with James C. Judkins, Esq. regarding potential lien filing by Delta Painting (.2).; and review of correspondence from Mr. Judkins and accompanying job billing history report and Notice to Proceed (.2).

08/13/13   JDS   2.6   Review of CM/ECF Notice from US Bankruptcy Court and accompanying Proof of Claim filed by Free Flow Mechanical for and supporting materials (30 pages) (.3); telephone conference with Ms. Pfisterer regarding status of Petition filed to bond off A. Interior Systems LLC mechanic's lien (.2); telephone conference with Ronald Ainiani, Esq. regarding status of liens and settlement negotiations with Chapter 7 Trustee (.3); conference call with Ms. Pfisterer and Ms. Carter regarding ████████████████████████████████████ (.5); review of CM/ECF Notice from US Bankruptcy Court and accompanying Proof of Claim filed by RE Newcomb Electric Inc. and supporting materials (24 pages) (.3); legal research regarding extension of lift stay to bar lien filings (.5); and begin preparing letter to subcontractors (.5).

The JBG Companies
Page 10


08/14/13   JDS   0.2   Preparation of proof of claims log; and review
                       and revise same (.2).

08/15/13   JDS   1.3   Telephone conference with law clerk regarding
                       status of Petition (.1); review and reply to
                       multiple correspondence from Ms. Miller
                       regarding proposed order (.2); review of ECF
                       notices from bankruptcy court and accompanying
                       amended schedules (.2); review of ECF notices
                       regarding Proofs of Claim filed by A.
                       Interiors (.2); review and revision of draft
                       letter to subcontractors (.2); preparation of
                       correspondence to client ██████████
                       (.1); review of reply from Ms. Pfisterer
                       approving letter (.1); preparation of
                       correspondence to Ms. Kindred transmitting
                       draft letter (.1); preparation for hearing on
                       A. Interiors lien Petition (.2).

08/16/13   JDS   2.5   Travel to Fairfax County Circuit Court and
                       representation at hearing on A. Interiors Lien
                       Petition (2.1); obtain True Test copy of
                       Consent Order granting Petition and present
                       order and payment check to Clerk's office to
                       release mechanic's lien (.2); preparation of
                       status report to the client (.1); preparation
                       of correspondence to client; and preparation
                       of correspondence to Ms. Miller transmitting
                       copy of signed consent order (.1).

08/21/13   JDS   0.1   Review of correspondence from Ms. Kindred
                       regarding approval of draft letter to
                       subcontractors and preparation of motion to
                       approve settlement (.1).

08/22/13   JDS   2.5   Review of CM/ECF Notice from Court and
                       accompanying Withdrawal of Claim 9 filed by A.
                       Interior Systems LLC (.1); review and revision
                       of letter to subcontractors (.5); preparation
                       of petition to bond off Advanced Flooring
                       mechanic's lien (1.2); review and revision of
                       same (.5); and preparation of correspondence
                       to Timothy Smith, Esq. seeking consent to bond
                       off Advanced Flooring lien (.2).

08/23/13   BGB   0.7   Meeting regarding Mechanic's Lien; and
                       preparation of correspondence to Hi-Tech to
                       request copy of recorded Mechanic's Lien (.7).

08/23/13   JDS   4.5   Review of ECF Notice of accompanying Proof of
                       Claim filed by Sprint Customer Service (.2);

The JBG Companies
Page 11

review and revision of Petition to Bond off
the Advantage Flooring, Inc. lien (.7);
telephone conference with Mr. Smith
(voicemail) regarding same (.1); legal
research regarding corporate status of
Advantage Flooring, Inc. in Maryland and
Virginia (.6); review and revision of letter
to EBC subcontractors (.6); conference
regarding land records research to see if lien
was actually recorded (.2); follow-up
conference regarding same (.2); review and
revision of Petition (.3); preparation of
Praecipe and Civil Cover Sheet (.5); review
and revision of same (.2); preparation of
correspondence to client █████████████
(.7); and telephone conference with Mr.
Smith's office regarding consent to bond off
lien (.2).

08/26/13   JDS   0.6   Review of correspondence from Ms. Maria Licht
of A-1 Cleaning Enterprises and accompanying
invoice and proposal (.3); and telephone
conference with Mr. Thomas Nash of TNash
plumbing regarding response to letter to
subcontractors (.3).

08/27/13   JDS   0.3   Review of correspondence from Mr. Nash and
accompanying subcontract, notice to proceed,
estimate and invoice for plumbing work (.3).

08/29/13   JDS   2.5   Preparation of Consent Order granting petition
to bond off Advantage Flooring Inc. lien (.6);
review and revision of same (.2); legal
research regarding whether Mr. Smith is
admitted to practice law in Virginia (.2);
preparation of correspondence to Mr. Smith
transmitting draft Consent Order for review
(.2); review of note from Mr. Smith and signed
Consent Order (.1); review of correspondence
from Mr. Smith regarding same (.1); review of
correspondence from Ms. Miller and
accompanying subcontract and change order for
A. Interiors (.4); preparation of reply (.1);
preparation of correspondence to Mr. Ainiani
requesting subcontractor breakdown for how
money was distributed to subcontractors (.2);
review and revision of same (.2); and
conference regarding bond petition hearing
(.2).

The JBG Companies
Page 12


| 08/29/13 | GLB | 0.4 | Conference regarding representation at Fairfax County uncontested hearing (.2); and conference regarding proposed order, filing, and check payoff (.2). |
| 08/30/13 | GLB | 4.3 | Representation at hearing on Petition to Bond Mechanic's Lien (4.1); and conference with JDS regarding hearing (.2). |

Subtotal for professional services ..................... $11,190.50

Disbursements for photocopying, messenger service,
facsimile, special postage, legal research, local
transportation and fee to HiTech Title Solutions
For copy of Mechanic's Lien ($30.00) ....................    584.29

Subtotal this billing period........................... $11,774.79

Prior balance (August 13, 2013) ....................... 13,302.55

        TOTAL AMOUNT DUE ........................... $25,077.34

## SUMMARY BY ATTORNEY

|     | Attorney           | Hours Worked | Hourly Rate |
|-----|--------------------|--------------|-------------|
| JDS | James D. Sadowski  | 21.2         | $375.00     |
| GLB | Gwynne L. Booth    | 12.2         | $255.00     |

## SUMMARY BY PARALEGAL

|     | Attorney          | Hours Worked | Hourly Rate |
|-----|-------------------|--------------|-------------|
| BGB | Barbara G. Batte  | 0.7          | $185.00     |

484153v1

**GREENSTEIN DELORME & LUCHS, P.C.**

Law Offices

1620 L Street, N.W., Suite 900
Washington, D.C. 20036-5605

Telephone (202) 452-1400
Facsimile (202) 452-1410

October 15, 2013

The JBG Companies
BB# 01-1280-26102
P.O. Box 7545
Hicksville, New York 11802-7545

Invoice No. 167103

2693/4542

For professional services rendered during August and September
2013 in connection with Mechanic's Lien an bankruptcy of
Elevation Building Company, Inc. regarding space in the
building located at 11800 Sunrise Valley Drive, Reston,
Virginia which is leased by Unissant, including:

| Date | Atty | Hours | Description of Services |
|------|------|-------|-------------------------|
| 08/01/13 | GLB | 0.6 | Conference with JDS regarding research on extending bankruptcy stay to owner of property concerning mechanic's liens (.2); legal research thereon (.3); and conference with JDS regarding legal research findings (.1). |
| 08/09/13 | JDS | 0.3 | Review of additional lien notice received (.1); and telephone conference with Ms. Lindsey Pfisterer regarding same and next steps (.2). |
| 09/03/13 | JDS | 0.3 | Review of correspondence from Mr. Aiani and accompanying list of subcontractors and subcontractor contract amounts (.1) preparation of reply (.1); and review of correspondence from Ms. Miller regarding A-Interiors claim against EBC (.1). |
| 09/04/13 | JDS | 0.3 | Review of correspondence from Mr. Sissman regarding settlement negotiations with trustee (.1); preparation of reply and request for information on completion of work question (.1); and review of reply from Mr. Sissman and accompanying correspondence estimating Precision Doors' estimate of work completed (.1). |
| 09/06/13 | JDS | 0.3 | Telephone conference with Mr. Aiani regarding follow-up to questions about subcontractor work and breakdown of amounts owed to subs at time lien was filed (.1); telephone conference |

484153v1

The JBG Companies
Page 14

|  |  |  |  |
|---|---|---|---|
|  |  |  | (voicemail) with Mr. Gregory Counts regarding information received from subcontractors (.1); and review of correspondence from Mr. Counts regarding same (.1). |
| 09/11/13 | JDS | 0.3 | Review of correspondence from Mr. Aiani and accompanying spread sheet itemizing subcontractor work on both projects (.2); and telephone conference (voicemail) with Mr. Counts regarding same (.1). |
| 09/12/13 | JDS | 0.2 | Review of CM/ECF notice from Court and accompanying Proof of Claim filed by Cobra Fire Protection Inc. (.1); and update claims log (.1). |
| 09/13/13 | JDS | 0.3 | Review of ECF/CM notice from U.S. Bankruptcy Court and accompanying Proof of Claim filed by Brien Miller Painting (Claim. No. 14) (.1); review of additional ECF/CM notice from Court and accompanying Proof of Claim filed by Brien A. Miller Painting Co., Inc. (Claim. No. 15) (.1); and update claims log (.1). |
| 09/18/13 | JDS | 0.5 | Telephone conference (voicemail) with Mr. Counts regarding subcontractor claims (.1); lengthy telephone conference with Ms. Pfisterer regarding ██████████████████████ ████ (.3); and preparation of correspondence to Ms. Pfisterer regarding ████ (.1). |
| 09/19/13 | JDS | 0.5 | Review of CM/ECF Notice from U.S. Bankruptcy Court and accompanying Motion for Adequate Protection filed by 8300 Tysons LLC for Authorization to Make Payments in Full Satisfaction of Agreement Between Owner and Contractor and Exhibits 1-3 (.3); review of CM/ECF Notice from U.S. Bankruptcy Court and accompanying Notice of Motion and Hearing (.1); and calendar hearing date (.1). |
| 09/20/13 | JDS | 0.6 | Preparation of status report to client (.4); review and revision of same (.1); and preparation of correspondence to client ██████████████████ (.1). |
| 09/26/13 | JDS | 0.2 | Review of CM/ECF Notice from Court and accompanying Proof of Claim filed by Pole Brothers Imaging (.1); and update claims register (.1). |
| 09/27/13 | JDS | 0.2 | Review of CM/ECF Notice from Court and accompanying Notice of Change of Address for Ms. |

484153v1

The JBG Companies
Page 15

                              Pamela Miller (No. 31) (.1); and update
pleadings binder and contact information for Ms.
Miller (.1).

Subtotal for professional services ...................... $ 1,653.00

Prior balance (September 6, 2013) ..................... 11,774.79

     TOTAL AMOUNT DUE ........................... $13,427.79

### SUMMARY BY ATTORNEY

| | Attorney | Hours Worked | Hourly Rate |
|---|---|---|---|
| JDS | James D. Sadowski | 4.0 | $375.00 |
| GLB | Gwynne L. Booth | 0.6 | $255.00 |

484153v1

### GREENSTEIN DELORME & LUCHS, P.C.

1620 L Street, N.W., Suite 900
Washington, D.C. 20036-5605

Telephone (202) 452-1400
Facsimile (202) 452-1410

November 7, 2013

The JBG Companies
BB# 01-1280-26102
P.O. Box 7545
Hicksville, New York 11802-7545

Invoice No. 167320

═══════════════════════════════════════════════════════════

2693/4542

For professional services rendered during October 2013 in
connection with mechanic's lien and bankruptcy of Elevation
Building Company, Inc. regarding space in the building located
at 11800 Sunrise Valley Drive, Reston, Virginia which is
leased by Unissant, including:

| Date | Atty | Hours | Description of Services |
|------|------|-------|-------------------------|
| 10/03/13 | JDS | 1.2 | Preparation of Motion to Approve Direct Payment to Subcontractors (1.1); and telephone conference (voicemail) with Gregory Counte, Esq. regarding same (.1). |
| 10/04/13 | JDS | 0.2 | Review of and reply to multiple correspondence from Ms. Judy Carter regarding ███████ ███████████ (.2). |
| 10/08/13 | JDS | 0.2 | Preparation of correspondence to J. David Folds, Esq., regarding hearing on Motion to Approve Direct Payment to Subcontractors (.1); review of CM/ECF notice from US Bankruptcy Court and accompanying entry noting hearing held and approving Order to be submitted on Motion for Adequate Protection (.1); and review of reply from Mr. Folds with update on hearing. |
| 10/09/13 | JDS | 0.5 | Preparation for conference call (.1); conference call with Ms. Carter, Ms. Lindsey Pfisterer, and Ms. Klarman regarding ████████ ████████████████████████████ |

484153v1

The JBG Companies
Page 17

|  |  |  |  |
|---|---|---|---|
|  |  |  | (.4). |
| 10/11/13 | JDS | 0.3 | Review of multiple (12) ECF notices from US Bankruptcy Court and accompanying Proofs of Claim (12) filed by Freedom Floor Company (.2); and update claims log (.1). |
| 10/15/13 | JDS | 1.7 | Preparation of spreadsheet outlining payments to subcontractors and percentage of completion (1.2); review and revision of Motion to Approve Settlement and Final Payment (.3); and review of ECF Notice from Court and accompanying application to employ Arthur Lander, Esq., CPA as accountant, verified statement, and proposed order filed by Chapter 7 Trustee (.2). |
| 10/16/13 | JDS | 1.3 | Conference regarding completing spreadsheet to itemize amounts to be paid to subcontractors pursuant to motion to be filed with Court (.2); review and revise same (.5); review of ECF notice from Court and accompanying Application for Payment of Administrative Expenses (No. 38) (.2); review of ECF notice from Court and accompanying Notice of Motion (No. 39) (.1); review of ECF notice from Court and accompanying Proof of Claim filed by K&B Plumbing & Heating, Inc. (Claim. No. 33) (.1); and review of ECF notice from Court and accompanying Proof of Claim filed by Forty Oaks/Hartland, LLC (No. 38 (.2). |
| 10/17/13 | JDS | 2.5 | Review and revision of Motion for Authorization to Make Payment (1.8); review of claims log noting which subcontractors filed Proofs of Claim (.2); review and revision of Notice of Hearing form (.3); review of correspondence from Ms. Carter and Ms. Pfisterer regarding Motion; and preparation of reply to same (.2). |
| 10/18/13 | JDS | 1.9 | Review and revision of Motion (.8); review and revision of subcontractor breakdown spreadsheet (.5); preparation of correspondence to Ronald Aiani, Esq., regarding same and need for missing information from EBC (.2); preparation of correspondence to client ██████████ (.2); and review of correspondence from Ms. Heather Hollyman and accompanying invoice for unpaid work of Cobra Fire |

484153v1

The JBG Companies
Page 18

Protection (.2).

| | | | |
|---|---|---|---|
| 10/21/13 | JDS | 0.5 | Review of ECF Notice from Court and accompanying Order Authorizing Employment of Accountant (No. 40) (.2); review of ECF Notice from Court and accompanying Order Authorizing Final Payment (No. 41) (.1); and review of correspondence from Ms. Carter regarding draft Motion (.2). |
| 10/22/13 | JDS | 1.2 | Review of correspondence from Mr. Aiani and accompanying copies of Purchase Orders and revised subcontractor breakdown (.2); preparation of correspondence to Ms. Pfisterer regarding ███ (.1); telephone conference with Ms. Pfisterer regarding same (.2); review of ECF Notice from Clerk and accompanying Proof of Claim filed by Canon Financial Services Inc. (.1); update claims log (.1); review of ECF Notice from Clerk and accompanying entry on continuance of hearing on Motion for Adequate Protection (.1); review of ECF Notice from Clerk and accompanying entry regarding Order on Motion for Adequate Protection (.2); review of correspondence from Mr. Steve House ████████████████████████ (.1); and incorporate changes (.1). |
| 10/24/13 | JDS | 0.5 | Review of ECF Notice from Court and accompanying Certificate of Mailing (No. 45) Order on Motion for Adequate Protection (.1); review of ECF Notice from Court and accompanying Certificate of Mailing (No. 46) Order on Application to Employ (.1); preparation of correspondence to Mr. House ██████████████ (.1); and telephone conference with Mr. House regarding same (.2). |
| 10/25/13 | JDS | 0.2 | Review of ECF notice from Clerk's office and accompanying Order Authorizing Tycon Tower I Investment Limited Partnership To Make Payment In Full Satisfaction Of Agreement With Debtor (No. 46) (.2). |
| 10/28/13 | JDS | 0.3 | Preparation of correspondence to Ms. Pfisterer regarding ████ (.1); review reply from Ms. Pfisterer and accompanying Bognet invoice and backup (.1); and revision of Motion for |

The JBG Companies
Page 19

                    Authorization (,1).

10/29/13  JDS    0.6  Review of ECF notice from US Bankruptcy Court
                      and accompanying Certificate of Mailing (No.
                      47) or Order on Motion for Adequate
                      Protection) (.1); and preparation of proposed
                      payoff figures for subcontractors (.5).


Subtotal for professional services ..................... $ 4,912.50

    TOTAL AMOUNT DUE ........................... $ 4,912.50

SUMMARY BY ATTORNEY

|     | Attorney | Hours Worked | Hourly Rate |
|-----|----------|--------------|-------------|
| JDS | James D. Sadowski | 13.1 | $375.00 |

# GREENSTEIN DELORME & LUCHS, P.C.

1620 L Street, N.W., Suite 900
Washington, D.C. 20036-5605

Telephone (202) 452-1400
Facsimile (202) 452-1410

December 2, 2013

The JBG Companies
BB# 01-1280-26102
P.O. Box 7545
Hicksville, New York 11802-7545

Invoice No. 167940

---

2693/4542

For professional services rendered during November 2013 in
connection with mechanic's lien and bankruptcy of Elevation
Building Company, Inc. regarding space in the building located
at 11800 Sunrise Valley Drive, Reston, Virginia which is
leased by Unissant, including:

| Date | Atty | Hours | Description of Services |
|------|------|-------|-------------------------|
| 11/01/13 | JDS | 2.5 | Review of multiple ECF notices from Court and accompanying Proofs of Claim filed by Atlantic Builders Hardware Corp. (No. 35), Center for Public Administration and Service, Inc. (No. 36), Thomas Flynn (No. 37) and George Melitse (No. 38) (.3); review and revision of Motion for Authorization to Make Payment (.3); preparation of spreadsheets calculating proposed reduction formula and percentage payments to be paid to each subcontractor (1.1); review and revision of same (.3); preparation of correspondence to Chapter 7 Trustee, Gregory Counts, Esq., and Roland Aiani, Esq. transmitting draft Motion and proposed payoff calculations for review and comments (.2); and preparation of status report to client regarding same (.3). |
| 11/04/13 | JDS | 4.5 | Preparation of Proof of Claim for JBG/RIC, LLC (.7); preparation of Statement and Itemization in support of Proof of Claim (1.7); review and revision of both documents (.5); review of correspondence from Ms. Lindsey Pfisterer regarding same (.1); telephone conference (voicemail) with |

The JBG Companies
Page 21

Mr. Aiani regarding draft Motion for
Authorization to make final payment (.2);
preparation of Exhibits and Exhibit cover
sheets (.3); review of ECF notice and
accompanying Request for Notice/Service
filed by Gregory H. Counts of Tyler, Bartl,
Ramsdell & Counts, PLC (No. 48) (.1);
review of multiple ECF notices and
accompanying Proofs of Claim filed by Alex
Taji (Claim No. 39), National
Deconstruction, Inc. (Claim No. 40), Cindy
Johnson (Claim No. 41), Chris Wilson (Claim
N. 42), Brickwall Printing & Graphics
(Claim No. 43), 8300 Tysons, LLC (Claim No.
44), Tycon Tower I Investment, LP (Claim
No. 45), 2130 P Street Assoc, LP (Claim No.
46) (.5); log on to the Court's ECF system
to file Proof of Claim (Claim No. 47) (.2);
and telephone conference with Mr. Aiani
regarding suggested comments to draft
Motion (.2).

11/06/13   JDS   1.1   Review of ECF notice from Court and
accompanying minute entry regarding hearing
held on Motion for Adequate Protection and
Order/Disposition due by November 15, 2013
(.1); preparation of correspondence to Ms.
Kindred and Mr. Counts regarding whether
they have comments to draft Motion for
Authorization to Make Final Payment (.1);
review of correspondence from Mr. Counts
regarding questions about the Motion and
requesting backup for mechanic's liens
(.1); preparation of reply to Mr. Counts
(.2); preparation of correspondence to Mr.
Counts transmitting copies of mechanic's
lien notices (.3); and preparation of
status report to client regarding same
(.3).

11/07/13   JDS   0.8   Review of correspondence from Ms. Lindsey
Pfisterer and accompanying invoice from CCA
Floors and Interiors (.2); preparation of
reply (.1); review of correspondence from Mr.
Counts with question about draft Motion (.1);
telephone conference with Mr. Counts
regarding same (.3); and review of
correspondence from Mr. Counts regarding ████

The JBG Companies
Page 22

|            |     |     | (.1). |
|------------|-----|-----|-------|
| 11/12/13 | JDS | 0.2 | Review of ECF Notice from Court (No. 50) and accompanying Order Authorizing 2130 P Street Associates Limited Partnership to Make Payments In Full Satisfaction of Agreement with Debtor (.1); and review of ECF Notice from Court (No. 51) and accompanying Order Allowing Forty Oaks/Hartland LLC's Administrative Expense Claim (.1). |
| 11/14/13 | JDS | 3.4 | Conference regarding updating claims log (.3); review and revision of Motion (.4); revision of Excel spreadsheet calculating proposed payment reduction and amounts to be paid to subcontractors for each Task Order (Unissant and common areas) (2.5); and preparation of correspondence to Ms. Pfistere and Mr. House ███████████████████ (.2). |
| 11/15/13 | JDS | 1.4 | Review of ECF Notice from Court (No. 52) and accompanying Certificate of Mailing of Order on Motion for Adequate Protection (.1); review of ECF Notice from Court (No. 53) and accompanying Certificate of Mailing of Order on Application for Administrative Expenses (.1); review and revision of draft Motion (.4); preparation of correspondence to counsel for subcontractors that filed mechanic's liens, transmitting the draft Motion and payment breakdown (.3); preparation of correspondence to client regarding ███ (.2); review of correspondence from Ms. Pfisterer regarding same (.1); preparation of reply (.1); and review of ECF notice from Court (No. 48) and accompanying Proof of Claim filed by Rurik Thiele (.1). |
| 11/18/13 | JDS | 0.2 | Review of correspondence from Mr. Sissman with questions about the Motion for Authorization (.1); preparation of reply (.1). |
| 11/19/13 | JDS | 0.2 | Review of correspondence from Ms. Miller with questions about subcontractor payments (.1); review accompanying Subcontractor Agreement and Change Order; and preparation of reply (.1). |
| 11/21/13 | JDS | 1.0 | Review of correspondence from Mr. Sissman |

484153v1

The JBG Companies
Page 23

regarding questions about Motion and proposed
distribution (.1); preparation of reply (.1);
extended telephone conference with Mr.
Sissman to go over calculations that result
in proposed distributions (.6); and
preparation of follow-up correspondence to
Mr. Sissman transmitting color versions of
Excel worksheets in .pdf format (.2).

| | | | |
|---|---|---|---|
| 11/22/13 | JDS | 0.2 | Review of correspondence from Ms. Pfisterer regarding ██████ (.1); review of Certificate of Payment No. 2 and preparation of reply (.1). |
| 11/26/13 | JDS | 0.6 | Review of correspondence from Ms. Pfisterer regarding ██████████ (.1); preparation of reply; review of ECF notice from Court (No. 54) and accompanying Order Allowing Forty Oaks/Hartland, LLC's Administrative Expense Claim (.1); review of follow-up correspondence from Ms. Pfisterer and accompanying agreement with OTJ and payment ledger (.2); preparation of reply to Ms. Pfisterer regarding same (.1); and review of ECF notice from Court and accompanying Amended Proof of Claim filed by Billman Company (.1). |

Subtotal for professional services ..................... $ 6,037.50

Prior balance (November 7, 2013) ...................... 4,912.50

TOTAL AMOUNT DUE .......................... $10,950.00

### SUMMARY BY ATTORNEY

| Attorney | Hours Worked | Hourly Rate |
|---|---|---|
| JDS   James D. Sadowski | 16.1 | $375.00 |

## GREENSTEIN DELORME & LUCHS, P.C.

1620 L Street, N.W., Suite 900
Washington, D.C. 20036-5605

Telephone (202) 452-1400
Facsimile (202) 452-1410

January __, 2014

The JBG Companies
BB# 01-1280-26102
P.O. Box 7545
Hicksville, New York 11802-7545

Invoice No.

2693/4542

For professional services rendered during December 2013 in
connection with mechanic's lien and bankruptcy of Elevation
Building Company, Inc. regarding space in the building located
at 11800 Sunrise Valley Drive, Reston, Virginia which is
leased by Unissant, including:

| Date | Atty | Hours | Description of Services |
|------|------|-------|-------------------------|
| 12/03/13 | JDS | 0.1 | Preparation of correspondence to Mr. Aiani regarding whether EBC owed any money to architect, OTJ, as listed in Certificate of Payment No. 2. |
| 12/12/13 | JDS | 0.3 | Review of correspondence from Ms. Judy Carter regarding status of Motion; review of reply from Ms. Pfisterer regarding same (.1); preparation of reply summarizing feedback on Motion from lawyers for subcontractors and Chapter 7 Trustee (.1); and preparation of follow-up correspondence to Mr. Aiani regarding OTJ payment issue (.1). |
| 12/13/13 | JDS | 0.3 | Review of correspondence from Mr. Aiani and transmitting correspondence from Mr. Hanson regarding OTJ issue; preparation of reply (.1); review of follow-up correspondence from Mr. Aiani transmitting correspondence from Mr. Hanson regarding same (.1); and preparation of correspondence to Ms. Pfisterer regarding same (.1). |
| 12/16/13 | JDS | 0.2 | Review of correspondence from Ms. Pfisterer regarding OTJ backup (.1); and review of letter from Mr. Smith regarding proposed payoff to Advantage Flooring (.1). |

484153v1

The JBG Companies
Page 25

| 12/19/13 | JDS | 0.8 | Telephone conference (voicemail) with Ms. Pfisterer (.1); ███████████████████████████████ (.2); and preparation of task based legal fee summary required by Judge Mayer (.5). |
|---|---|---|---|
| 12/23/13 | JDS | 1.2 | Review and revision of Motion (.5); preparation of correspondence to client providing a summary of ████████████████ and transmitting a copy of revised version (.3); preparation of correspondence to Mr. Smith responding to his letter requesting an explanation about proposed pay out to Advantage Flooring (.3); and preparation of correspondence to client regarding ████ (.1). |
| 12/24/13 | JDS | 0.4 | Review and reply to correspondence from Ms. Carter regarding Motion (.1); and telephone conference with Ms. Carter and Ms. Pfisterer to review ████████████████████████ (.3). |
| 12/27/13 | JDS | 1.2 | Review of GDL invoices and preparation of notes itemizing time blocks by each task performed (.9); conference regarding preparation of new invoices including time summations and costs breakdowns (.3). |
| 12/30/13 | JDS | 0.4 | Review and revision of task based invoices (.2); and review and revision of Motion (.2). |

Subtotal for professional services ...................... $ 1,837.50

TOTAL AMOUNT DUE ........................... $ 1,837.50

## SUMMARY BY ATTORNEY

| | Attorney | Hours Worked | Hourly Rate |
|---|---|---|---|
| JDS | James D. Sadowski | 4.9 | $375.00 |

484153v1